THE STATE OF WASHINGTON, *Respondent*, v.
BOLDEN ELDRIDGE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 85-1-01933-1, Lloyd W. Bever, J., entered August 26, 1985. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Swanson, J.